**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL PETERSEN,<br><br>       Plaintiff,<br><br>v.<br><br>KELLY MILLS EVERS,<br><br>       Defendant. | CASE NO.: 3:26-cv-00094-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S SPECIAL MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Daniel Petersen ("Plaintiff") and Defendant Kelly Mills Evers ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiff to respond to Defendant's Special Motion to Dismiss Pursuant to NRS 41.660(2) (Anti-Slapp) or, in the alternative, to Dismiss pursuant to FRCP 12(b)(6) as follows:

1.     Defendant filed its Special Motion to Dismiss Pursuant to NRS 41.660(2) (Anti-Slapp) or, in the alternative, to Dismiss pursuant to FRCP 12(b)(6) on March 5, 2026.  ECF No. 15.

2.     The current deadline for Plaintiff to respond to the Motion is March 19, 2026 ("Response Deadline").  *See* LR 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [all other motions besides a motion for summary judgment] is 14 days after service of the motion.").

50696794.2

3.     Pursuant to LR IA 6-1, the Parties stipulate to extend the Response Deadline by one week, from March 19, 2026 to March 26, 2026.

4.     This is the first request that the Court extend Plaintiff's time to respond to the Motion.

5.     The Parties make this stipulation in good faith and without any intent to delay these proceedings.

IT IS SO STIPULATED.

Dated:  March 10, 2026          **BROWNSTEIN HYATT FARBER SCHRECK, LLP**


**By:** */s/ Travis F. Chance*
Travis F. Chance, Esq.
Sean S. Cuff, Esq.
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff Daniel Petersen*


Dated:  March 10, 2026          **SPRINGEL & FINK LLP**


**By:**  */s/ Jeffrey D. Whipple*
Leonard T. Fink, Esq.
Jeffrey D. Whipple, Esq.
6180 Brent Thurman Way, Suite 260
Las Vegas, NV 89148

*Attorneys for Defendant Kelly Mills Evers*

- 2 -

50696794.2

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S SPECIAL MOTION TO DISMISS [FIRST REQUEST] in the above-captioned matter and for good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion is extended to, and including, March 26, 2026.

**IT IS SO ORDERED**.

_____
Anne R. Traum
United States District Judge

Dated: March 12, 2026

- 3 -

50696794.2