**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL PETERSEN,

                Plaintiff,

vs.

KELLY MILLS EVERS,

                Defendant.

Case No.:  3:26-cv-00094-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND DEFENDANT KELLY MILLS EVERS' TIME TO FILE REPLY IN SUPPORT OF HER SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660(2) (ANTI-SLAPP) OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FRCP 12(b)(6) (First Request)**

Defendant KELLY MILLS EVERS ("Defendant") and Plaintiff DANIEL PETERSEN stipulate and agree as follows:

1. Defendant's time to file Reply in Support of her Special Motion to Dismiss Pursuant to NRS 41.660(2) (Anti-SLAPP) or, in the Alternative, to Dismiss Pursuant to FRCP 12(b)(6) (ECF No. 15), filed on March 5, 2026, will be continued from April 2, 2026 to April 9, 2026 (7 days); and

///
///
///
///
///

-1-

2.    Defendant requires additional time to investigate the allegations and respond to Plaintiff's Opposition. This is Defendant's first request for an extension.

DATED this 31st day of March, 2026

SPRINGEL & FINK LLP

*/s/ Jeffrey D. Whipple*

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
JEFFREY D. WHIPPLE, ESQ.
Nevada Bar No. 16346
6180 Brent Thurman Way, Suite 260
Las Vegas, Nevada  89148

Attorneys for Defendant,
KELLY MILLS EVERS

DATED this 31st day of March, 2026

BROWNSTEIN    HYATT    FARBER
SCHRECK, LLP

*/s/ Travis F. Chance*

By: _____
TRAVIS F. CHANCE, ESQ.
Nevada Bar No. 13800
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorneys for Plaintiff,
DANIEL PETERSEN

**IT IS SO ORDERED.**

DATED: <u>March 31, 2026</u>

_____
Anne R. Traum
United States District Judge

-2-