Russell J. Carr, Esq. (15191)
**HUTCHISON & STEFFEN, PLLC**
100 W. Liberty Street, Suite 765
Reno, Nevada 89501
Telephone: (775) 853-8746
rcarr@hutchlegal.com

*Attorney for Kelly Mills Evers*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL PETERSEN,

*Plaintiff,*

v.

KELLY MILLS EVERS,

*Defendant.*

Case No.: 3:26-cv-00094-ART-CSD

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

PLEASE TAKE NOTICE that Russell J. Carr, Esq., attorney for KELLY MILLS EVERS ("Defendant"), is no longer affiliated with the law firm RUSS CARR, PLLC. PLEASE TAKE FURTHER NOTICE that Mr. Carr is now affiliated with the law firm HUTCHISON & STEFFEN, PLLC. Defendant will continue to be represented by Mr. Carr at the law firm HUTCHISON & STEFFEN, PLLC. It is respectfully requested that all notices and papers served in this case be given to and served immediately upon:

Russell J. Carr, Esq. (15191)
100 W. Liberty Street, Suite 765
Reno, Nevada 89501
Telephone: (775) 853-8746
rcarr@hutchlegal.com

**AFFIRMATION**

The undersigned hereby affirms that the foregoing pleading does not contain the Social Security number or personal information of any person.

Dated: September 8, 2026.

HUTCHISON & STEFFEN, PLLC
*/s/ Russell J. Carr*
Russell J. Carr, Esq. (15191)
100 W. Liberty Street, Suite 765
Reno, Nevada 89501
Telephone: (775) 853-8746
rcarr@hutchlegal.com

*Attorney for Kelly Mills Evers*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Hutchison & Steffen, PLLC, and that on this date I caused to be served a true copy of the attached **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** on all parties to this action by the method(s) indicated below:

☒ pursuant to the Joint Discovery Plan and Scheduling Order, the Parties have agreed to electronic service of discovery pursuant to Fed. R. Civ. P. 5(b)(2)(E), and therefore this service is completed by email addressed to:

Travis F. Chance, Esq. (13800)
Sean S. Cuff, Esq. (Pro Hac Vice)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
tchance@bhfs.com
scuff@bhfs.com

☐ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

☒ by using the Court's electronic notification system by submitting the foregoing to the United States District Court for the District of Nevada's ECF-filing System for Electronic Service upon the Court's Service List pursuant to Rule 26(a)(1). The copy of the document electronically served bears a notation of the date and time of service.

Dated: September 8, 2026.

*/s/ Hailey Teeter*
Employee of Hutchison & Steffen, PLLC