**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL PETERSEN,<br>Plaintiff,<br>v.<br>KELLY MILLS EVERS,<br>Defendant. | CASE NO.: 3:26-cv-00094-ART-CSD |
| KELLY MILLS EVERS,<br>Counterclaimant,<br>v.<br>DANIEL PETERSEN,<br>Counterdefendant. | **ORDER GRANTING**<br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**[FIRST REQUEST]** |

Plaintiff Daniel Petersen ("Plaintiff") and Defendant Kelly Mills Evers ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiff to respond to Defendant's Motion to Strike Plaintiff's First Amended Complaint as follows:

1. Defendant filed its Motion to Strike Plaintiff's First Amended Complaint on October 9, 2026 (the "Motion"). ECF No. 45.

2. The current deadline for Plaintiff to respond to the Motion is October 23, 2026 ("Response Deadline"). *See* LR 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [all other motions besides a motion for summary judgment] is 14 days after service of the motion.").

3. Pursuant to LR IA 6-1, the Parties stipulate to extend the Response Deadline by one week, from October 23, 2026 to October 30, 2026.

4. Good cause exists for the requested extension because the Parties have been working diligently on coordinating discovery and resolving outstanding discovery issues, which have been the focus of the Parties' recent attention in this case.

5. This is the first request that the Court extend Plaintiff's time to respond to the Motion.

6. The Parties make this stipulation in good faith and without any intent to delay these proceedings.

IT IS SO STIPULATED.

Dated: October 21, 2026

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

**By:** */s/ Travis F. Chance*
Travis F. Chance, Esq.
Sean S. Cuff, Esq.
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff Daniel Petersen*

Dated: October 21, 2026

**HUTCHISON & STEFFEN, PLLC**

**By:** _/s/ Russell J. Carr_

Russell J Carr, Esq.
100 W. Liberty Street, Suite 765
Reno, NV 89501

*Attorneys for Defendant Kelly Mills Evers*

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT [FIRST REQUEST] in the above-captioned matter and for good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion is extended to, and including, October 30, 2026.

**IT IS SO ORDERED**.

Anne R. Traum
United States District Judge

Dated this 28th day of October, 2026.