TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
ASHLEY N. SCHOBERT, ESQ., Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

SEAN S. CUFF, ESQ. (*pro hac vice*)
scuff@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: 303.223.1100

*Attorneys for Plaintiff/Counterdefendant*
*Daniel Petersen*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANIEL PETERSEN,

Plaintiff,

v.

KELLY MILLS EVERS,

Defendant.

---

KELLY MILLS EVERS,

Counterclaimant,

v.

DANIEL PETERSEN,

Counterdefendant.

CASE NO.: 3:26-cv-00094-ART-CSD

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[SECOND REQUEST]**

Plaintiff Daniel Petersen ("Plaintiff") and Defendant Kelly Mills Evers ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate to extend the deadline for Plaintiff to respond to Defendant's Motion to Strike Plaintiff's First Amended Complaint as follows:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

1. Defendant filed its Motion to Strike Plaintiff's First Amended Complaint on October 9, 2026 (the "Motion"). ECF No. 45.

2. The current deadline for Plaintiff to respond to the Motion is October 30, 2026 ("Response Deadline"). *See* LR 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [all other motions besides a motion for summary judgment] is 14 days after service of the motion.").

3. Pursuant to LR IA 6-1, the Parties stipulate to extend the Response Deadline by one week, from October 30, 2026 to November 6, 2026.

4. Good cause exists for the requested extension because the Parties have been working diligently resolving outstanding discovery issues and conferring in good faith on the Motion and Plaintiff's response to the same, which have been the focus of the Parties' recent attention in this case.

5. This is the second request that the Court extend Plaintiff's time to respond to the Motion.

6. The Parties make this stipulation in good faith and without any intent to delay these proceedings.

IT IS SO STIPULATED.

Dated: October 29, 2026

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

**By:** */s/ Travis F. Chance*
Travis F. Chance, Esq.
Sean S. Cuff, Esq.
Ashley N. Schobert, Esq.
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff/Counterdefendant Daniel Petersen*

Dated: October 29, 2026

**HUTCHISON & STEFFEN, PLLC**

**By:** */s/ Russell J. Carr*

Russell J Carr, Esq.
100 W. Liberty Street, Suite 765
Reno, NV 89501

*Attorneys for Defendant Kelly Mills Evers*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT [SECOND REQUEST] in the above-captioned matter and for good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion is extended to, and including, November 6, 2026.

**IT IS SO ORDERED**.

DATED this 30th day of October, 2026.

__________________________________
UNITED STATES DISTRICT JUDGE

Submitted By:
BROWNSTEIN HYATT FARBER SCHRECK LLP

*<u>/s/ Travis F. Chance</u>*
Travis F. Chance, Esq.
Sean S. Cuff, Esq.
Ashley N. Schobert, Esq.
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Plaintiff/Counterdefendant Daniel Petersen*