**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL PETERSON,<br><br>Plaintiff<br><br>v.<br><br>KELLY MILLS EVERS,<br><br>Defendant<br><br>And related counterclaims. | Case No.: 3:26-cv-00094-ART-CSD<br><br>**Minute Order**<br><br>Re: ECF No. 56 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's Civil Standing Order (ECF No. 9), Defendant/Counterclaimant shall file a response to Plaintiff/Counterdefendant's motion to extend discovery (ECF No. 56) no later than noon on **Friday, November 27, 2026,** and the response is limited to **5 pages** in length.

**IT IS SO ORDERED**.

Dated: November 24, 2026

JULIE HOLLENBECK, CLERK

By: /s/

Deputy Clerk