**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL PETERSEN,<br>Plaintiff<br>v.<br>KELLY MILLS EVERS,<br>Defendant | Case No.: 3:26-cv-00094-ART-CSD<br>**Minute Order**<br>Re: ECF No. 58 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

With good cause appearing, the court **HEREBY GRANTS** Plaintiff's motion for extension of time. (ECF No. 58.) Plaintiff shall have until **December 2, 2026**, to file a reply in support of the countermotion for leave to amend.

**IT IS SO ORDERED**.

Dated: November 25, 2026

JULIE HOLLENBECK, CLERK

By: \s\

Deputy Clerk